485 A.2d 390

**TRAVELERS INSURANCE COMPANY**

**v.**

**John GUNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1984.

Decided Dec. 14, 1984.

Robert J. Murphy, Philadelphia, for appellant.

Stephen J. Harlen, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.